

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
Boston Regional Office
33 Arch St., 23rd Floor
Boston, MA 02110-1424
Telecopier: (617) 573-4590
Telephone: (617) 573-8900

**DIVISION OF ENFORCEMENT**

Marc J. Jones
Senior Counsel
(617) 573-8947

January 30, 2012

**Overnight Delivery**

The Honorable Robert N. Chatigny
United States District Judge
United States District Court for the
  District of Connecticut
Abraham Ribicoff Federal Building
United States Courthouse
450 Main Street, Room 135 Annex
Hartford, CT 06103

      Re:    SEC v. Southridge Capital Management, LLC *et al.*, Case No. 3:10cv1685 (RNC)

Your Honor:

    Plaintiff the Securities and Exchange Commission requests a prefiling conference for the filing of a Motion for Summary Judgment, pursuant to the Court's May 23, 2011, Scheduling Order (as modified by the Court's granting of the parties' Motion for Extension of Time on October 11, 2012).

    The proposed Motion would request summary judgment for the Plaintiff on Count 5[1] of the Complaint. Count 5 alleges that the Defendants violated Sections 206(1) and 206(2) of the Investment Advisers Act of 1940 [15 U.S.C. § 80b-6(1), (2)] by fraudulently causing the Defendants' new hedge funds to pay $5 million in legal and administrative expenses incurred by the Defendants' three older hedge funds, then repaying the new hedge funds with overvalued, illiquid securities rather than cash. Defendants have admitted that: a) the expenses were improperly charged to the new funds; b) the amount of the improper charges; c) the illiquidity of the securities reallocated to repay the new funds; d) Southridge's clerk discovered the misallocation and nonallocation of legal and administrative expenses in early 2007; and e) the improper allocations continued into the second half of 2008. Plaintiff believes that there is no genuine dispute as to any material fact on this claim and that it is entitled to judgment as a matter of law.

---

[1] Count 5 is improperly labeled in the Complaint as a second "Count 4." Count 5 appears on page 19 of the Complaint, and begins at Paragraph 50.

We have conferred with Defendants' counsel and discussed the proposed motion in a good faith effort to clarify the issues, eliminate or reduce the area of controversy, and arrive at a mutually satisfactory resolution. Despite this good faith discussion, we were not able to reach agreement on the merits of Plaintiff's intended Motion with Defendants' counsel.

The parties will appear before Magistrate Judge Martinez on February 15, 2013, at 1 pm, for a settlement conference. If convenient to the Court, Plaintiff respectfully suggests that date for the scheduling of the prefiling conference or another date thereafter that is convenient for the Court.

Sincerely,

Marc Jones /nof

Marc J. Jones
Senior Enforcement Counsel
(617) 573-8947 direct
(617) 573-4590 fax

cc: Nicholas Morgan, Esq.
Anthony D. Gill, Esq.
John R. Downey, Esq.