# EXHIBIT 4

# DeSisto, Stephanie R.

| | |
|---|---|
| **From:** | Gill, Anthony D. <Anthony.Gill@dlapiper.com> |
| **Sent:** | Wednesday, October 10, 2012 9:23 AM |
| **To:** | Huntington, Frank |
| **Subject:** | SEC v. Southridge |
| **Attachments:** | Southridge_ Brief_3d Request to Extend Pre-Trial Deadlines.DOC |

Frank,

Attached is a draft request for the extension. One modification from our discussion yesterday is that we would like Mr. Lundelius's deposition to be completed by the end of November, a one month extension from the current schedule. Otherwise, a three month extension of other deadlines is acceptable.

Best,
Anthony

**Anthony Gill**

T +1 202.799.4562
F +1 202.799.5562
M +1 646.388.1605
E anthony.gill@dlapiper.com



DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
United States
www.dlapiper.com

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION, :
: Index No.: 10-cv-1685 (RNC)
Plaintiff, :
:
v. :
:
SOUTHRIDGE CAPITAL MANAGEMENT LLC, :
SOUTHRIDGE ADVISORS LLC, and STEPHEN :
M. HICKS, :
:
Defendants. :
------------------------------------------------------------ x

## JOINT MOTION TO MODIFY CERTAIN PRE-TRIAL DEADLINES

The defendants Southridge Capital Management LLC, Southridge Advisors LLC, and Stephen Hicks, along with the plaintiff Securities and Exchange Commission, through their respective counsel, submit this joint motion to modify the remaining pre-trial deadlines to the following extent: (i) the deadline to depose the defendants' expert be adjourned one month to November 30, 2012; (ii) the close of all deposition discovery be adjourned three months to January 31, 2013; (iii) the deadline to request a pre-motion conference for dispositive motions be extended to coincide with the close of discovery; (iv) the deadline for the joint pre-trial memorandum be adjourned three months to February 28, 2013; and (v) the trial ready date in this action be adjourned three months to April 2013. This is the parties' third request to modify the pre-trial deadlines.

## THE CURRENT PRE-TRIAL SCHEDULE

Under this Court's Order dated August 22, 2012, the remaining pre-trial deadlines are as follows:

| | |
|---|---|
| October 31, 2012: | Deadline to depose defendants' expert witness; Close of all fact discovery; Deadline to request pre-motion conference for dispositive motions. |
| October/ November 2012: | Settlement Conference to be scheduled. |
| November 30, 2012: | Trial brief due. |
| January 2013: | Trial ready date. |

## ARGUMENT

The parties have met the existing pre-trial deadlines and have been engaging in substantial discovery. Document discovery is complete. All written discovery has also been served. On August 8, 2012, the defendants brought a motion to compel supplemental disclosures in response to their first set of interrogatories to the plaintiff. The Honorable Judge Donna Martinez ruled on the defendants' motion on October 9, 2012, holding that several aspects of the motion had been resolved on the record at oral argument, discussed further below, and denying the remaining portions of the requested relief.

In addition to written discovery, both parties have disclosed their expert witness reports as required under this Court's scheduling orders and the defendants have deposed the plaintiff's expert witness. The parties have taken the deposition of several third-party witnesses and have several additional depositions scheduled for the month of October 2012. While the parties have made substantial progress in discovery, they submit this request to permit adequate time to prepare for trial and complete discovery.

Defendants' lead trial counsel, Mr. Morgan, has been scheduled for trial in January 2013 in an action pending in the Southern District of New York. In addition, Mr. Gill has been scheduled for trial in a separate action in November 2012. While these dates are subject to the discretion of the Courts, Messrs. Morgan and Gill understand these are firm dates. In light of

2

these pending actions and the discovery yet to be completed in this action, the parties request an extension of three months for the trial brief deadline and trial ready date.

The parties also request an extension of the close of deposition discovery. At issue in the defendants' motion to compel was confirmation that the SEC had produced to the defendants all witness statements comprising the alleged misrepresentations or omissions the SEC intended to prove at trial. At oral argument, the SEC agreed to review the notes of its staff and produce any witness statements contained in those notes. The SEC intends to produce those witness statements as soon as possible. Based on these notes, additional depositions may be necessary.

In addition, despite attempts to negotiate deposition dates with certain known third-party witnesses since September, it appears that several witnesses will not be available until November. To accommodate these third-party witness schedules and avoid unnecessary motion practice, the parties would like to offer dates after October. The SEC has also informed the defendants that it may require additional deposition discovery.

Accordingly, the parties request an extension of the remaining pre-trial deadlines. The modified pre-trial deadlines would be as follows:

| | |
|---|---|
| November 30, 2012: | Deadline to depose defendants' expert witness. |
| January 30, 2012: | Close of all fact discovery; Deadline to request pre-motion conference for dispositive motions. |
| January/ February 2013: | Settlement Conference to be scheduled. |
| February 28, 2013: | Trial brief due. |
| April 2013: | Trial ready date. |

This extension will permit the parties to ascertain and conduct any remaining discovery, while minimizing disputes with counsel for third-parties. In addition, the adjournment of the

3

trial brief and trial ready dates will promote the orderly progress of this case to trial and permit the parties sufficient time to prepare for trial.

## CONCLUSION

For all the reasons discussed above, the parties respectfully request that the Court grant the request for an adjournment of the remaining pre-trial deadlines.

Dated: October 10, 2012

                                                _____

Anthony Gill (phv04483)
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4562
anthony.gill@dlapiper.com

Nicolas Morgan (phv05106)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067
(310) 595-3146
nicolas.morgan@dlapiper.com

John R. Downey (ct13028)
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
(860) 549-1000
jdowney@rms-law.com

*Attorneys for Defendants*

Martin F. Healey (Mass. Bar No. 27550)
(healeym@sec.gov)
Frank C. Huntington (Bar No. ct01850)
(huntingtonf@sec.gov)
Kevin M. Kelcourse (Mass. Bar No. 643163)
(kelcoursek@sec.gov)
Lawrence W. Pisto (Mass. Bar No. 555317)
(pistol@sec.gov)
Securities and Exchange Commission
33 Arch Street, 23rd Floor
Boston, MA 02110
Phone: 617-424-5900

John B. Hughes (Bar No. ct05289)
United States Attorney's Office
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT 06510
Phone: 203-773-5373
john.hughes@usdoj.gov

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2012, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

                                                 _____
                                                 Anthony Gill (phv04483)
                                                 DLA Piper LLP (US)
                                                 500 Eighth Street, NW
                                                 Washington, DC 20004
                                                 (202) 799-4562
                                                 anthony.gill@dlapiper.com

WEST\239071056.1