# EXHIBIT 7



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Boston Regional Office
33 Arch St., 23rd Floor
Boston, MA 02110-1424
Telecopier: (617) 573-4590
Telephone: (617) 573-8900

DIVISION OF ENFORCEMENT

Marc J. Jones
Senior Counsel
(617) 573-8947

January 17, 2013

**Via Email & Overnight Delivery**

Anthony D. Gill, Esq.
DLA Piper LLP
500 Eighth Street, NW
Washington, DC 20004

Re: *SEC v. Southridge Capital Management et al.* (Case No. 10-cv-1685)

Dear Mr. Gill:

I write in response to your letter of January 16, 2013, which raises certain objections to the deposition notices we issued to defendants on January 7, 2013.

Contrary to the assertions in your letter, service of the deposition notices by email was proper, as the defendants agreed to service by email as participants in the court's CM/ECF system. *See* D. Conn. Electronic Filing Polices & Procedures, § VII.C (stating that upon registration "attorneys consent to the electronic notice and service of all documents"); *see also, e.g., E .& J. Gallo Winery v. Gibson, Dunn & Crutcher LLP*, 432 Fed. Appx. 657, 659, 2011 WL 1626535, *2 (9th Cir. Apr. 29, 2011) (service of deposition notice was proper because local rule explained that registration with CM/ECF system constituted consent to electronic service); *Lema v. City of Modesto*, 2012 WL 439400, *1 n.1 (E.D. Cal. Feb. 9, 2012) (finding that a reasonable reading of court's electronic filing rules contemplates service of discovery responses by electronic means). Further, there was no error with the email transmission and defendants actually received the subject notices—Mr. Morgan responded to the notices via email the very next day.

Nor do we understand the point of the objection you raised regarding the location of the depositions. Prior to the writing of your letter, the parties had already agreed to hold Mr. Hicks' deposition in New York. We have been and remain willing to discuss the deposition logistics. Indeed, since December 18, the SEC sought to cooperatively schedule Mr. Hicks' deposition. Having finally done so, we await your position on "a mutually agreeable time and place" for the depositions of the other two defendants.

In any event, enclosed is an amended deposition notice for Mr. Hicks, which is being sent both by email and overnight delivery.

Sincerely,

Marc J. Jones
Senior Enforcement Counsel
(617) 573-8947 direct
(617) 573-4590 fax

cc: Nicholas Morgan, Esq.
John R. Downey, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
HARTFORD

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

SOUTHRIDGE CAPITAL MANAGEMENT LLC, SOUTHRIDGE ADVISORS LLC and STEPHEN M. HICKS,

Defendants.

Case No. 3:10-cv-1685-RNC

**PLAINTIFF'S AMENDED NOTICE OF**
**VIDEOTAPED DEPOSITION OF STEPHEN M. HICKS**

**To: Anthony D. Gill, Esq.**
DLA Piper LLP (US)
500 Eighth Street, N.W.
Washington, DC 20004

**Nicolas Morgan, Esq.**
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067

**John R. Downey, Esq.**
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103

Please take notice that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission will take the deposition upon oral examination of defendant Stephen M. Hicks, Jr. on January 23, 2013 beginning at 9:30 a.m. at the Securities and Exchange Commission, New York Regional Office, 3 World Financial Center, 4th Floor, New York, NY. The deposition will be recorded by audio-video and stenographic means. You are invited to attend and cross examine.

/s/ Marc J. Jones
Marc Jones (phv05721)
Senior Enforcement Counsel
Frank C. Huntington (Mass. Bar No. 544045)
Senior Trial Counsel
Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
33 Arch Street, 23rd Floor
Boston, MA 02110
(617) 573-8960 (Huntington direct)
(617) 573-4590 (fax)
huntingtonf@sec.gov (Huntington email)

Local Counsel:
John B. Hughes (Fed. Bar No. CT-05289)
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700
(203) 773-5373 (fax)

Dated: January 17, 2013

## CERTIFICATE OF SERVICE

I, Marc J. Jones, certify that on January 17, 2013, a copy of the foregoing Plaintiff's Amended Notice of Videotaped Deposition of Stephen M. Hicks was sent by email and overnight delivery to defendants' counsel of record:

**Anthony D. Gill, Esq.**
DLA Piper LLP (US)
500 Eighth Street, N.W.
Washington, DC 20004
(202) 799-4562
anthony.gill@dlapiper.com

**Nicolas Morgan, Esq.**
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067

(310) 595-3146
nicolas.morgan@dlapiper.com

**John R. Downey, Esq.**
Rome McGuigan, P.C.
One State Street
Hartford, CT 06103
(860) 549-1000
jdowney@rms-law.com

Marc J. Jones