```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


SECURITIES AND EXCHANGE           :
COMMISSION,                       :
                                  :
     Plaintiff,                   :
                                  :
V.                                :  NO.3:10 CV-1685 (RNC)
                                  :
SOUTHRIDGE CAPITAL MANAGEMENT     :
LLC, ET AL,                       :
                                  :
     Defendants.                  :
```

                    REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

_____       For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

_____       To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

_____       To supervise discovery and resolve discovery disputes;

_____       To conduct a settlement conference;

_____       To conduct a prefiling conference;

_____       A hearing on damages and attorney fees;

\_\_\_X\_\_\_       A ruling on the following pending motion(s):

              Motion to Compel [65]

              So ordered.

     Dated at Hartford, Connecticut this 27th day of February 2013.

                                        /s/ RNC
                                   Robert N. Chatigny, U.S.D.J.