UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOUTHRIDGE CAPITAL MANAGEMENT LLC, ) <br> SOUTHRIDGE ADVISORS LLC and ) <br> STEPHEN M. HICKS, ) <br> ) <br> Defendants. ) <br> ) | Case No. 3:10-cv-1685-RNC |

## PLAINTIFF'S SECOND MOTION TO COMPEL

Pursuant to Rules 26, 30 and 37 of the Federal Rules of Civil Procedure, and Local Civil Rule 37, Plaintiff, the Securities and Exchange Commission (the "Commission"), respectfully submits this Second Motion to Compel. Defendants failed to prepare for and to respond to certain questions during a Fed. R. Civ. P. 30(b)(6) deposition of Southridge Capital Management and Southridge Advisors ("the Entity Defendants"). In support of this motion, the Commission submits the accompanying Memorandum of Law and Declaration of Marc J. Jones.

For the reasons set forth in the accompanying materials, the Commission respectfully requests this Court to order the Entity Defendants' to produce the computer report Saunders referenced in his testimony, and to answer up to ten interrogatories concerning the report. In the alternative, the Commission respectfully requests this Court order that the Entity Defendants designate a witness for deposition concerning Topic #4 within 30 days.

Respectfully Submitted,

/s/ Marc Jones
Marc Jones (phv05721)
Senior Enforcement Counsel

>Frank C. Huntington (Fed. Bar No. CT-01850)
>    Senior Trial Counsel
>Michael D. Foster (phv04800)
>    Senior Trial Counsel
>
>Attorneys for Plaintiff
>**SECURITIES AND EXCHANGE COMMISSION**
>33 Arch Street, 23rd Floor
>Boston, MA 02110
>(617) 573-8947 (Jones direct)
>(617) 573-4590 (fax)
>jonesmarc@sec.gov
>
>Local Counsel:
>John B. Hughes (Fed. Bar No. CT-05289)
> Assistant United States Attorney
>Chief, Civil Division
>United States Attorney's Office
>Connecticut Financial Center
>157 Church Street, 23rd Floor
>New Haven, CT 06510
>(203) 821-3700
>(203) 773-5373 (fax)

Dated: March 1, 2013

### CERTIFICATE OF SERVICE

     I hereby certify that on March 1, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the Court's CM/ECF System.

>/s/ Marc J. Jones
>
>Marc J. Jones (phv05721)
>Senior Trial Counsel
>**SECURITIES AND EXCHANGE COMMISSION**
>33 Arch Street, 23rd Floor
>Boston, MA 02110
>(617) 573-8947
>(617) 573-4590 (fax)
>jonesmarc@sec.gov