```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

SECURITIES AND EXCHANGE         :
COMMISSION,                     :
                                :
    Plaintiff,                 :
                                :
V.                              :   NO.3:10 CV-1685 (RNC)
                                :
SOUTHRIDGE CAPITAL MANAGEMENT   :
LLC, ET AL,                     :
                                :
    Defendants.                :

### REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Donna F. Martinez for the following:

_____    For all pretrial matters excluding trial, unless the parties consent to trial before the magistrate judge;

_____    To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b);

_____    To supervise discovery and resolve discovery disputes;

_____    To conduct a settlement conference;

_____    To conduct a prefiling conference;

_____    A hearing on damages and attorney fees;

\_\_X\_\_    A ruling on the following pending motion(s):

    Motion to Compel [70]

    So ordered.

Dated at Hartford, Connecticut this 3rd day of March 2013.

                                                   /s/ RNC
                                     Robert N. Chatigny, U.S.D.J.