UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                        )
SECURITIES AND EXCHANGE COMMISSION,     )
                                        )
    Plaintiff,                          )
                                        )
v.                                      )   Case No. 3:10-cv-1685-RNC
                                        )
SOUTHRIDGE CAPITAL MANAGEMENT LLC,      )
SOUTHRIDGE ADVISORS LLC, and            )
STEPHEN M. HICKS,                       )
                                        )
    Defendants.                         )
_____  )

## PLAINTIFF'S MOTION TO SEAL

Plaintiff Securities and Exchange Commission ("Commission") hereby moves to seal Docket Items # 74-8, 74-12, 74-13, 74-16, 74-17, 74-18, filed March 18, 2013. Each of these documents is an Exhibit to Plaintiff's Appendix of Exhibits, filed with Plaintiff's Motion for Summary Judgment. As grounds for this Motion, Plaintiff states that these documents contain personally identifying information and should be redacted. Plaintiff will file redacted replacement copies of these Appendix Exhibits.

                                      Respectfully Submitted,
                                      /s/ Marc Jones
                                      Marc Jones (phv05721)
                                          Senior Enforcement Counsel
                                      Michael D. Foster (phv04800)
                                          Senior Trial Counsel
                                      Frank C. Huntington (Fed. Bar No. CT-01850)
                                          Senior Trial Counsel

                                      Attorneys for Plaintiff
                                      **SECURITIES AND EXCHANGE COMMISSION**
                                      33 Arch Street, 23rd Floor
                                      Boston, MA 02110
                                      (617) 573-8947 (Jones direct)
                                      (617) 573-4590 (fax)

jonesmarc@sec.gov

Local Counsel:
John B. Hughes (Fed. Bar No. CT-05289)
 Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700
(203) 773-5373 (fax)

Dated: March 19, 2013

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 19, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the Court's CM/ECF System.

/s/ Marc J. Jones
Marc J. Jones (phv05721)
Senior Enforcement Counsel
**SECURITIES AND EXCHANGE COMMISSION**
33 Arch Street, 23rd Floor
Boston, MA 02110
(617) 573-8947
(617) 573-4590 (fax)
jonesmarc@sec.gov