# EXHIBIT 10

Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:            )
                             )   File No. B-02236
SOUTHRIDGE CAPITAL           )
MANAGEMENT, LLC              )

RECEIVED
AUG 20 2009
SECURITIES AND EXCHANGE COMMISSION
BOSTON REGIONAL OFFICE

WITNESS:   STEPHEN HICKS
PAGES:     1 through 138
PLACE:     Securities and Exchange Commission
           Boston District Office
           33 Arch Street
           Suite 2300
           Boston, Massachusetts
DATE:      Friday, August 7, 2009

   The above-entitled matter came on for hearing, pursuant to notice, at 10:14 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

Page 2

1  APPEARANCES:
2
3  On behalf of the Securities and Exchange Commission:
4     LAWRENCE PISTO, ESQ.
5     KEVIN KELCOURSE, ESQ.
6     LIZA FINE-MAGNAN, ESQ.
7     Division of Enforcement
8     Securities and Exchange Commission
9     33 Arch Street
10    Suite 2300
11    Boston, MA 02108
12
13 On behalf of the Witness:
14    ROBERT S. WOLF, ESQ.
15    DAVID E. DANOVITCH, ESQ.
16    Gersten Savage LLP
17    600 Lexington Ave.
18    New York, NY 10022-6018
19    (212) 430-9025
20
21 Also Present:
22    MICHAEL D. O'CONNELL, Examiner
23
24
25

Page 3

       CONTENTS

WITNESSES                        EXAMINATION
Stephen Hicks                         4

              EXHIBITS
EXHIBITS:  DESCRIPTION              IDENTIFIED
  12       Subpoena                      8
  13       Background questionnaire      8
  14       Three pages, portfolio reports 98
  15       Fonix audit reports           111
  16       Scott Sharp statement         129
  17       Ozcar Multi Strategies statement 129

Page 4

1  PROCEEDINGS
2     MR. PISTO: We are on the record at 10:14, on
3  Friday, August 7, 2009, at the offices of the United States
4  Securities and Exchange Commission, Boston, Massachusetts.
5     Mr. Hicks, my name is Lawrence Pisto. This is
6  Kevin Kelcourse, this is Lisa Fine-Magnam, and this is
7  Michael O'Connell. Mr. Kelcourse and I are members of the
8  Division of Enforcement. Ms. Fine-Magnam and Mr. O'Connell
9  are from the OC Inspections/Examinations side of the office.
10 Myself, Kevin and Lisa are on the Formal Order.
11    Michael, you're not on the Formal Order; is that
12 correct?
13    I understand you consent to Mr. O'Connell being
14 here; is that correct?
15    MR. WOLF: I do, yes.
16    MR. PISTO: Thank you very much. Mr. Hicks, would
17 you please raise your right hand?
18 Whereupon,
19            STEPHEN HICKS
20 was called as a witness and, having been first duly sworn,
21 was examined and testified as follows:
22            EXAMINATION
23 BY MR. PISTO:
24    Q  Would you please state and spell your full name for
25 the record?

Page 5

1     A  Stephen Hicks, S-T-E-P-H-E-N H-I-C-K-S.
2     Q  Middle initial?
3     A  "M."
4     Q  What does that stand for?
5     A  Murray.
6     Q  Your home address and Social Security number,
7  please?
8     A  31 Country Club Road in Ridgefield, Connecticut
9  06877. And the Social Security number is [redacted].
10    Q  Do you have any other home addresses?
11    A  No.
12    Q  Okay, no summer home, no apartment anywhere else?
13    A  No.
14    Q  Mr. Hicks, this is an investigation by the United
15 States Securities and Exchange Commission in the matter of
16 Southridge Capital Management, B-02236, to determine whether
17 there have been violations of certain provisions of the
18 federal securities laws. However, the facts developed in
19 this inquiry might constitute violations of other federal or
20 state civil or criminal laws.
21    Mr. Hicks, prior to the opening of the record, you
22 were provided with a copy of the Formal Order of
23 Investigation in this matter. It will be available for your
24 examination during the course of this proceeding. Mr. Hicks,
25 have you had an opportunity to review the Formal Order?

Page 18

1  A  Tremont is, or was an investment advisory firm, I
2  think.
3  Q  How did you become — How did you start doing
4  business with them?
5  A  I don't remember.
6     MR. WOLF: Was there a time frame? So about what
7  year?
8     BY MR. PISTO:
9  Q  Yes, just sort of going forward. If you could — I
10 mean, I know, Mr. Hicks, you have a lot of entities. But if
11 you could sort of —
12 A  I think that was 1998-1999, somewhere around there.
13 Q  After that, what's the next entity you created?
14 A  It could have been Southridge Capital Fund LTD.
15 Q  What does Southridge Capital Fund do?
16 A  That's an offshore fund that invests in private
17 placements.
18 Q  What year did you found it?
19 A  I'm going to say that was '99, thereabouts, 2000.
20 I'm not sure.
21 Q  Let's just step back a second. You said it
22 invested in private placements. Where did you find the
23 private placements?
24 A  You know, there was and is a whole network of, you
25 know, placement agents that show us transactions on a regular

Page 19

1  basis. You know, in addition to that, you know, now we
2  research and look for companies who we think may need our
3  help.
4  Q  After you started Southridge Capital Fund in '99,
5  do you remember the next fund that you started?
6  A  I think Southridge Partners probably would be next.
7  Q  Is that a domestic fund?
8  A  Yes.
9  Q  Why did you start Southridge Partners? I mean, you
10 already had one — go back to the list; you already had one
11 domestic fund, right?
12 A  Correct.
13 Q  So why did you start Southridge Partners?
14 A  My recollection is that my business partner at the
15 time started it to trade a long/short strategy.
16 Q  And who was your business partner at the time?
17 A  Dan Pickett.
18 Q  And you didn't think it was appropriate for the
19 other fund that you already had?
20 A  It was a different strategy.
21 Q  Now you said your business partner. But this was
22 under the Southridge Management rubric, right?
23 A  Yes.
24 Q  I mean, was Mr. Pickett a part of Southridge
25 Capital Management?

Page 20

1  A  Yes.
2  Q  What percentage ownership did he have compared to
3  yours, and when did he come aboard?
4  A  He may have come aboard in '97, and ultimately
5  earned close to a 50 percent partnership stake.
6  Q  And how long was he at Southridge?
7  A  He left at the end of 2002.
8     MR. PISTO: Okay, let me just step back for a
9  second. When I use the term Southridge, I'm basically
10 referring to all the entities that you have an interest in or
11 you control. So I don't want to — because I'm using the
12 term a little loosely here. So I just want you to
13 understand —
14    MR. WOLF: Well, let's, you know, however you want
15 to define it, let's just define it.
16    MR. PISTO: Yeah. Broadly.
17    MR. WOLF: So you mean all funds, and at this
18 point, you were using it, you include Dominion, Sovereign,
19 and the funds Steve's mentioned so far?
20    MR. PISTO: Right.
21    MR. WOLF: Okay, you know, as long as every
22 question and answer fits. Otherwise, just clarify it as we
23 go along.
24    MR. PISTO: Yeah, that's right, clarify it.
25    MR. WOLF: I guess, for example, if you say what's

Page 21

1  the strategy for Southridge, obviously, you have a lot of
2  funds with different strategies. You could answer it that
3  way.
4     MR. PISTO: Right, exactly. Thank you, Bob.
5     MR. DANOVITCH: With respect to, taking Southridge,
6  that's everything; is that correct?
7     BY MR. PISTO:
8  Q  Well, actually, I was going to go to the next
9  question. When did Mr. Pickett leave Southridge?
10 A  The end of 2002.
11 Q  And why did Mr. Pickett leave?
12 A  He was from Wisconsin. He went back to Wisconsin
13 to ultimately run a firm with two friends of his, and do some
14 work at I think the university in Madison.
15 Q  Okay, I think we're up to Southridge Partners with
16 Mr. Pickett. Now you said he had a long/short strategy.
17 When he left — in fact, even before he left, did he change
18 the strategy of the fund at any time?
19 A  Well, I mean, the positions that were in there were
20 just liquidated, and the entity, I think, to my recollection,
21 just laid dormant for awhile.
22 Q  Okay, it lay dormant for awhile, but at some point,
23 you resurrected it; is that right?
24 A  Correct.
25 Q  And when was that?

Page 22

1  A  I would say that was in 2003.
2  Q  For what purpose did you resurrect Southridge
3  Partners?
4  A  We wanted to use it as a vehicle for investors for
5  private placement investment.
6  Q  But didn't you already have — and correct me if
7  I'm wrong — you had — I know one of these was an offshore
8  fund, and one was — You had Southshore Capital, right?
9  A  Well, Southshore Capital Fund is offshore.
10 Q  Okay, Southshore is offshore. And what was it?
11 Was it Dominion? Was that offshore, too?
12 A  Yes.
13 Q  And you had another one. Was it Southshore
14 Partners you mentioned before?
15 A  Probably Sovereign Partners. What's the difference
16 between — Why didn't you use Sovereign Partners? Why did
17 you want to start — or I should say resurrect a new fund?
18 A  You know, by 2003, the older funds had litigation
19 associated with them. And you know, therefore, we didn't
20 want to have, you know, new investors have any potential
21 exposure to, you know, litigation that had ensued in those
22 funds.
23 Q  Why had litigation ensued?
24 A  Well, after the Internet bubble burst, a
25 plaintiff's law firm in Texas, you know, at least in my

Page 23

1  opinion, decided that entering the securities business could
2  be a good thing to do. And so, you know, they made claims on
3  behalf of issuers that the funds had invested in against the
4  funds and us, and other funds and other legal entities,
5  including the NSCC.
6  Q  Do you remember the number of suits; do you
7  remember how many there were?
8  A  From them — I mean, I'd have to go back and check
9  exactly, but I would say five that I can recall.
10 Q  How were those actions resolved?
11 A  Some of them are still not resolved.
12 Q  Do you remember each one individually?
13 A  Generally.
14 Q  Well, could you just list them?
15 A  Sure. The first one was an issuer company called
16 Internet Law Library. That one, to my understanding, has
17 been completed, a complete victory on our part. Nano Pierce
18 was a second one.
19 Q  What did that involve; do you remember?
20 A  It's the same plaintiff's law firm; the same
21 allegations basically. And we have received summary judgment
22 in our favor in federal court, and I believe we're awaiting
23 summary judgment forever in state court in New York.
24    Hyperdynamics was a third one.
25 Q  And do you remember the claims in that case?

Page 24

1  A  Generally, the same claims.
2  Q  I'm sorry, could you just explain a little more
3  broadly what those were?
4  A  Oh, I'm sorry. Let's see. Well, that somehow we
5  had either shorted or manipulated the price of the company's
6  common stock down to a level so that we could ultimately gain
7  control of the company.
8  Q  Now the Hyperdynamics litigation, is that still
9  going on?
10 A  Yes, it is.
11 Q  You said there are five. We're at four now. Do
12 you remember the next one?
13 A  First Empire.
14 Q  Similar claims?
15 A  No, those claims are slightly different. That is a
16 claim, as best I can recall, for — a fraudulent conveyance
17 claim. The fund had a first secured position on the assets
18 of the company which they foreclosed on. And the same
19 plaintiffs law firm found two shareholders to file suit, you
20 know, saying that that had been done in a —
21 Q  Yeah, I'm not sure; you may have stated this
22 before, Mr. Hicks, but what was the name of the plaintiffs
23 law firm?
24 A  Oh, I'm sorry. Well, the main group is the O'Quinn
25 firm out of Houston, I think. They also use Christian and

Page 25

1  Smith. And then I think they also use local counsel,
2  depending on what jurisdiction.
3  Q  Okay, thank you. One more?
4  A  Well, I think they had that setup, you know, for
5  everyone else that they found against, as well. We haven't
6  been the only people to which this has been directed at.
7  Q  Okay, I think you said five. So I think we're at
8  the last one, the last suit.
9  A  First Empire just has been settled. It has not
10 been approved by the court, but it has been — yet, but it
11 has been settled recently. And the fifth one was a company
12 called, I think it's called Composite Holdings.
13 Q  Is that still ongoing?
14 A  No, that went away relatively quickly.
15 Q  Okay, you mentioned that you revived Southridge
16 Partners in 2003. Are there any other entities associated
17 with Southridge?
18    MR. WOLF: When you say associated, what do you
19 mean by associated.
20    MR. PISTO: Again, funds that Mr. Hicks or his
21 entities advice, or he has an ownership interest in; some
22 sort of advisory relationship.
23    THE WITNESS: There is Southridge Partners II.
24 BY MR. PISTO:
25 Q  And when was that started?