# EXHIBIT 13

Case 3:10-cv-01685-RNC   Document 77-3   Filed 03/19/13   Page 2 of 4
Case 3:10-cv-01685-RNC   Document 74-16   Filed 03/18/13   Page 2 of 4

Cynthia Bishop                                              December 3, 2009

1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:          )
                           )
                           )
SOUTHRIDGE CAPITAL MANAGEMENT, )    File No. B-02236
LLC                        )

WITNESS:   Cynthia Bishop

PAGES:     1 through 87

PLACE:     Securities and Exchange Commission
           Three World Financial Center
           Room 421
           New York, New York  10281-1022

DATE:      Thursday, December 3, 2009

     The above-entitled matter came on for hearing, pursuant to notice, at 1:00 p.m.

Cynthia Bishop                                                              December 3, 2009

**Page 1**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:        )
                         )
SOUTHRIDGE CAPITAL MANAGEMENT, )   File No. B-03236
LLC                      )

WITNESS:  Cynthia Bishop
PAGES:    1 through 87
PLACE:    Securities and Exchange Commission
          Three World Financial Center
          Room 421
          New York, New York  10281-1022
DATE:     Thursday, December 3, 2009

The above-entitled matter came on for hearing, pursuant to notice, at 1:00 p.m.

**Page 2**

1  APPEARANCES:
2
3  On behalf of the Securities and Exchange Commission:
4     LAWRENCE W. PISTO, ESQ.
5     Securities and Exchange Commission
6     33 Arch Street, 23rd Floor
7     Boston, Massachusetts 02110-1424
8     pistol@sec.gov (617) 573-5920
9
10
11  On behalf of the Witness:
12     DOUGLAS R. JENSEN, ESQ.
        BARRY H. JUNKER, ESQ.
13     Park & Jensen, LLP
        630 Third Avenue
14     New York, New York
        djensen@parkjensen.com (646) 203-0278
15     bjunker@parkjensen.com (212) 661-4609

**Page 3**

1              CONTENTS
2
3  WITNESSES                    EXAMINATION
4  Cynthia Bishop                    14
5
6  EXHIBITS:   DESCRIPTION          IDENTIFIED
7   60         Subpoena                 8
8   61         Multi-page document numbered
9              Pages 17 to Page 44      38

**Page 4**

1              PROCEEDINGS
2      MR. PISTO:  Let's go on the record at 1:06 p.m. on
3  December 3, 2009.
4      We're at the Office of the United States Securities
5  and Exchange Commission in New York, New York.
6      Ms. Bishop, my name is Lawrence Pisto and I am a
7  member of the Staff of the Division of Enforcement of the
8  Securities and Exchange Commission. I've been designated as
9  an officer of the Commission for purposes of this
10  investigation.
11      Ms. Bishop, please raise your right hand.
12      Whereupon,
13      CYNTHIA BISHOP
14  was called as a witness and, having been first duly sworn,
15  was examined and testified as follows:
16      MR. PISTO:  Thank you. Will you please state and
17  spell your full name for the record?
18      THE WITNESS:  Cynthia Bishop, C-Y-N-T-H-I-A,
19  Bishop, B-I-S-H-O-P.
20      MR. PISTO:  And what is your home address?
21      THE WITNESS:  166 Alison Road, Katonah, New York.
22      MR. PISTO:  And your Social Security number?
23      THE WITNESS:  ▓▓▓▓▓▓▓▓
24      MR. PISTO:  And your birth date?
25      THE WITNESS:  ▓▓▓▓▓▓▓▓

DIVERSIFIED REPORTING SERVICES
(202)  467-9200

Cynthia Bishop                                                December 3, 2009

```
                    57                                                    59
 1  legal bills they paid in cash.                  1  A  I can't recall her last name right now. I'm sorry.
 2  Q  Is that correct?                             2  Q  Okay. That's fine. Thank you.
 3  A  I believe so.                                3     So since you've been there since February 2008,
 4  Q  Right. They paid their lawyers in cash, right?  4     right?
 5  A  Yes.                                         5  A  And Andrew Clark as well.
 6  Q  I mean they didn't give them securities.     6  Q  Okay, great. Thank you.
 7  A  Yes.                                         7  A  Sorry.
 8  Q  But when the Southridge Partners was made whole by  8  Q  That's all right. Thank you.
 9     the other funds, Southridge Partners was given securities.  9     So you've been there since February 2008, right?
10  Q  Is that correct?                           10  A  Yes.
11  A  Yes. Securities were transferred.          11  Q  So at what point were you dealing with the auditors
12  Q  Are you aware of what securities were transferred?  12     since you've been there?
13  A  Yes.                                       13  A  I believe the auditors began in April of '08.
14  Q  What were those securities?                14  Q  Okay. So you were primarily dealing with them in
15  A  Fonix and Marshand and Technest Securities.  15     April or starting at least in April --
16  Q  Was there any concern when those transfers were  16  A  Whenever the audit started I began my
17     made that Southridge wasn't really being, Southridge Partners  17     correspondence with them.
18     wasn't really being made whole because those securities are  18  Q  And how long did it take them to finish the audit?
19     not as liquid as cash?                     19  A  I don't exactly recall.
20  A  Not that I'm aware of.                     20  Q  Do you remember how long you had to deal with them?
21  Q  Okay. You're not aware of why the money was  21     I mean did they talk to you in April and then you didn't hear
22     initially taken out of Southridge Partners as opposed to the  22     from them in May or did it continue on for a couple of
23     other funds?                               23     months?
24  A  No.                                        24  A  In April '08 or I'll just say when they first
25  Q  Do you know if those funds were liquid and actually  25     started they were there I believe until they finished the
```

```
                    58                                                    60
 1     had available cash at the time those legal bills came in?  1     audit.
 2  A  No.                                         2  Q  Okay. Was that sometime in the vicinity of April
 3  Q  Okay. Thank you.                            3     2008?
 4     Are you involved in the preparation of Southridge  4  A  I believe so.
 5     Partners financial statements?              5  Q  Okay. Did you deal with them again in 2009?
 6  A  The audited financials?                     6  A  Yes.
 7  Q  Yes, the audited financials.                7  Q  And was that starting in April 2009?
 8  A  I do correspond with the auditors to provide them  8  A  Where they began the -- I believe I provided them
 9     with information.                           9     information throughout the, throughout the year and I believe
10  Q  Yes. Could you just briefly describe your  10     it was in June of '09 when they officially began the audit.
11     interaction with the auditors?             11  Q  Okay. For, for this year?
12  A  I provide information that they request and try to  12  A  For 2008 audit.
13     answer any of their questions pertaining to the work that  13  Q  Okay, 2008, okay.
14     I've done and any other questions I can answer.  14     And in April 2008 they were doing the 2007 audit.
15  Q  Well, you haven't been there very long, right?  15     Is that right?
16  A  Correct.                                   16  A  I believe so, yes.
17  Q  So how much interaction have you had with the  17  Q  Okay.
18     auditors?                                  18  A  I don't want to say exact --
19  A  Well, for the 2007 audit and for the 2008 audit.  19  Q  -- oh, sure.
20  Q  And who are the auditors?                  20  A  -- exact dates if I don't, I don't specifically
21  A  Mark & Kilgannon.                          21     recall.
22  Q  And who do you deal with? Who have you dealt with  22  Q  I understand. Just if you don't remember, I
23     at that firm?                              23     appreciate it. Thank you.
24  A  Frank Kovacchio, Jessica Adams and Jodie.  24     In the time you've dealt with them, have the
25  Q  Jodie, last name?                          25     auditors expressed any concern to you about anything in
```

15 (Pages 57 to 60)

DIVERSIFIED REPORTING SERVICES
(202) 467-9200