# EXHIBIT 15

Case 3:10-cv-01685-RNC   Document 77-5   Filed 03/19/13   Page 2 of 6
Case 3:10-cv-01685-RNC   Document 74-18   Filed 03/18/13   Page 2 of 6

James Girolamo                                    November 19, 2009

1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of              )
                              )
Southridge Capital Management )  File No. B-2236
                              )

WITNESS:   James Girolamo

PAGES:     1 through 37

PLACE:     Securities and Exchange Commission
           3 World Financial Center
           New York, New York

DATE:      Thursday, November 19, 2009

      The above-entitled matter came on for hearing, pursuant to notice, at 10:07 a.m.

RECEIVED
DEC 03 2009
SECURITIES...

James Girolamo                                             November 19, 2009

**Page 1**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                    )
                                     )
Southridge Capital Management        )   File No. B-2235
                                     )
WITNESS:   James Girolamo
PAGES:     1 through 37
PLACE:     Securities and Exchange Commission
           3 World Financial Center
           New York, New York
DATE:      Thursday, November 19, 2009

The above-entitled matter came on for hearing, pursuant to notice, at 10:07 a.m.

**Page 2**

1  APPEARANCES:
2
3  On behalf of the Securities and Exchange Commission:
4
5      Lawrence Pisto, ESQ., Senior Counsel
6      Division of Enforcement
7      Securities and Exchange Commission
8      Boston, MA
9
10 On behalf of the Witness:
11
12     Douglas R. Jensen, ESQ.
13     Parr & Jensen LLP
14     369 Lexington Avenue
15     New York, New York 10017

**Page 3**

CONTENTS

| WITNESS: | EXAMINATION |
|---|---|
| James Girolamo | 7 |

| EXHIBITS: | DESCRIPTION | IDENTIFIED |
|---|---|---|
| 59 | Multi-page document, General Ledger | 24 |

PREVIOUSLY MARKED:
1                    5

**Page 4**

PROCEEDINGS

MR. PISTO: We are on the record at 10:07 on November 19, 2009 at the office of the United States Securities and Exchange Commission, New York, New York. My name is Lawrence Pisto, I am a member of the Division of Enforcement of the Securities and Exchange Commission. I have been designated as an officer of the Commission for purposes of this investigation.

Mr. Girolamo, would you please raise your right hand.

Whereupon,

JAMES GIROLAMO

was called upon as a witness in this matter, and after having been first duly sworn, was examined by counsel and testified as follows:

MR. PISTO: Would you please and spell your full name for the record.

THE WITNESS: Sure. James Girolamo, J-A-M-E-S, G-I-R-O-L-A-M-O.

MR. PISTO: May I please have your home address and social security number?

THE WITNESS: Sure. 44 Tanya Lane, Mahopac, New York, 10541. Social security number ███████

MR. PISTO: And your birth date.

THE WITNESS: ███████

James Girolamo                                                    November 19, 2009

### 13

1   Q.   How long did you work at Pepsi?
2   A.   Two years.
3   Q.   So when did you leave Pepsi?
4   A.   December of '03, they went through lay-offs.
5   Q.   What did you do after that?
6   A.   I was unemployed until I want to say March of
7   '04 and I took a job at Westchester Restaurant Supply, which
8   is in Elmsford. And I was there for approximately two years
9   and then they were bought out by a larger firm. In February
10  of '06, I then went to work for a company called Ginsberg
11  Development. It was a real estate developer, built houses
12  and then sold them. I started there in April of '06 and
13  then they went through massive layoffs as well because they
14  weren't selling any homes. In January of '08, that is how I
15  found Southridge.
16  Q.   How did you find Southridge?
17  A.   Through a I want to say head hunter, it's not
18  the right word, but, you know, that's basically what it was.
19  Q.   What is that person's name?
20  A.   The name of the first was Pascal LaMorte.
21  Q.   Are these folks that you went out and retained
22  yourself to find you a job?
23  A.   Yes. Yes.
24  Q.   I take it from what you're telling me, you had no
25  connection to Southridge before the head hunter brought it to

### 14

1   your attention?
2   A.   Correct.
3   Q.   You didn't know anybody who worked there; is that
4   right?
5   A.   Not at all.
6   Q.   Never been to the place? Didn't know what they
7   did even?
8   A.   Didn't even know what they did. It wasn't
9   didn't even know where the building was.
10  Q.   I also take it from the history you told me, this
11  was your first job in the securities field; is that right?
12  A.   Definitely. Yes.
13  Q.   So, when did you join Southridge?
14  A.   February 1, '08.
15  Q.   How did you get the job?
16  A.   Like I said, through a head hunter. I went on an
17  interview, I met with the CFO and at that time the
18  controller, and they liked me and they gave me a call
19  Q.   Who were those folks?
20  A.   The CFO was Tom Saunders. The controller at the
21  time was Sara Licata.
22  Q.   Has she since left?
23  A.   Yes, she has since left.
24  Q.   When did she leave?
25  A.   A few months after I got there.

### 15

1   Q.   Do you know why she left?
2   A.   I believe her husband had another opportunity
3   elsewhere.
4   Q.   Do you know how to spell her last name?
5   A.   L-I-C-A-T-A.
6   Q.   Did you meet Mr. Hicks when you interviewed
7   there?
8   A.   No.
9   Q.   When did you first met Mr. Hicks if you've met
10  Mr. Hicks, I should ask you that first
11  A.   Yes. The first day I was hired.
12  Q.   When was that?
13  A.   Whatever that first Monday in February was, I
14  don't know, it was the 1st, 2nd, 3rd or 4th, it was the day
15  after the Giants won the Super Bowl, so.
16  Q.   Okay, so February '08.
17       Could you briefly describe your duties there,
18  what you did when you started and have they changed over
19  time?
20  A.   Sure. They really haven't changed much, just I
21  basically handle all accounts payable, from when the invoices
22  come in, until they're coded, until they go out. I cut all
23  the checks, I handle all the accounts receivable as far as
24  tenant collections as we own some suites within our building.
25  I handle all the invoicing and receivables for that as well.

### 16

1   I handle all of our Quickbooks, for our general
2   ledgers, making journal entries. I do all our transfers with
3   banks and wire transfers, And all communications with banks
4   as far as our accounts just to make sure they're up to date.
5   All bank reconciliations as well.
6   Q.   So you handle the wire transfers.
7   A.   Yes.
8   Q.   Let me just go back a second.
9        Have your duties changed since you started
10  working at the company?
11  A.   For the most part I would say no. I try to get
12  involved in more things but nothing.
13  Q.   Do you have any duties related to determining the
14  value of securities in the funds?
15  A.   No.
16  Q.   Do you have any real duties regarding the
17  securities business of Southridge?
18  A.   No.
19  Q.   So the wire transfers, what does that entail,
20  that you're involved in?
21  A.   I receive an email from someone higher than I,
22  either Tom or Steve or
23  Q.   "Tom" being?
24  A.   The CFO.
25  Q.   Tom Saunders.

4 (Pages 13 to 16)

James Girolamo                                              November 19, 2009

**17**

1    A.    Saunders, the CFO. Steve telling me that money
2          has to out for whatever reason, they'll explain it
3          in an email. I'll attach it, I'll send the money
4          out. I'll attach the wire transfer to my email and
5          confirmation and that's it.
6    Q.    You said "for whatever reason," did they tell you
7          why the money is going out?
8    A.    Sometimes I'll know it is for a certain deal or
9          it's just to pay a bill that we have to pay, or for lawyers
10         or something like that.
11   Q.    Have you ever seen any wire transfers being made
12         to Mary Hicks?
13   A.    To Mary Hicks?
14   Q.    Yes.
15   A.    Yes.
16   Q.    Have those wire transfers been substantial?
17   A.    Some of them.
18   Q.    Do you recall how large they were?
19   A.    Half million dollars sometimes.
20   Q.    Were you told why those wire transfers were being
21         made?
22   A.    No.
23   Q.    So your job is basically sort of administerial,
24         administrative, I should say. You get the email, it says,
25         we're doing it might say "we're sending out money" because

**18**

1    of this
2    A.    Correct.
3    Q.    And then you do it?
4    A.    Right.
5    Q.    Have you ever had any discussions with Mr. Hicks
6          or Mr. Saunders or anyone there why a certain wire transfer
7          is being made to anyone?
8    A.    No.
9    Q.    Okay.
10         And I take it the level of detail that you've
11         been told about these wire transfers to say, Mrs. Hicks, is
12         no more than, "this is for," does the name Petals mean
13         anything to you?
14   A.    Somewhat, yes.
15   Q.    Why is that?
16   A.    I just know that they were something that we had
17         invested in at some point and I know it went bad. Other than
18         that.
19   Q.    So besides what you've described, you said you
20         collected the receipts from people you rent to?
21   A.    Correct.
22   Q.    How many people are you renting to?
23   A.    There was a lot more when I started, but I'd say
24         now it's probably about 10 to 15, somewhere in that vicinity.
25   Q.    How many suites do you have now?

**19**

1    A.    Probably in total, with the office, it's about
2          20.
3    Q.    So have you lost like five tenants or
4    A.    Yes, I would say.
5    Q.    because of the economy?
6    A.    Yes.
7    Q.    Has Mr. Hicks or anyone at Southridge expressed
8          any belief that this is hurting the company or things or bad,
9          have they said anything about doing business with that
10         business?
11   A.    No.
12   Q.    Do you ever work with Mr. Garzi?
13   A.    Minimally.
14   Q.    How do you work with him?
15   A.    Just when I have need help with my computer or
16         my phones are down.
17   Q.    He's pretty much just a tech support guy?
18   A.    Yes.
19   Q.    Now, you mentioned Tom Saunders before, what does
20         he do?
21   A.    He's the chief financial officer.
22   Q.    How much interaction do you have with Mr.
23         Saunders?
24   A.    He's my boss, he's my daily
25   Q.    You see him every day?

**20**

1    A.    Yes.
2    Q.    What are your interactions with him like on a
3          daily basis?
4    A.    We just talk about things that have to be done.
5          Projects that he may have for me. Wire transfers going out.
6          Reconciling, stuff like that.
7    Q.    So on a daily basis Miss Bishop, who is that?
8    A.    Cynthia?
9    Q.    Yes.
10   A.    I believe her title is the assistant controller.
11   Q.    How do you interact with her?
12   A.    Not as often as with Tom.
13   Q.    Do you interact with her?
14   A.    Somewhat, yes.
15   Q.    At times that you have, what does that
16         interaction involve?
17   A.    It just has to deal with numbers that I provide
18         for her as far how many how much expense we've had over the
19         course of a month. I mean, we interact, friendly, but as far
20         as business goes, most of it has to do with month end.
21   Q.    Is there anybody else in the company that you
22         interact with or you take direction from?
23   A.    Tom and Steve are probably the only two.
24   Q.    How often do you interact with Mr. Hicks, Steve
25         as you referred to him?

James Girolamo                                                November 19, 2009

**Page 21**

1  A.  Steve, yes.
2      It depends on the day, you know, as far as
3  business goes, it might only be once a week every now and
4  then.
5  Q.  What does Mr. Hicks generally ask you for?
6  A.  Just some work, for the most part he asks for
7  reports, just reports for different entities, such as our
8  holding business with the tenants, he looks for a profit/loss
9  reports and balance sheets and trial balances and stuff like
10 that.
11 Q.  Are there any other entities in the organization
12 you work with, doing the books for?
13 A.  I handle all the journal entries for all the
14 entities that we have.
15 Q.  How many entities are there?
16 A.  Approximately 20, I would say.
17 Q.  Can you name them?
18 A.  Well, there's Southridge Capital Management,
19 there is Southridge Advisors, there's Trillam, there is
20 Sonoda, there is Snowden, there is Southridge Holdings,
21 there is Laurel Grove, there is Maple Leaf, there is Double
22 Alpha.  I think I named ten.  And there are other ones that
23 are -- I'm just thinking of my org chart and on our org chart
24 there are other ones, but I don't deal with them, like
25 Southridge Investment Group, Southridge Asset Management,

**Page 22**

1  Southridge Technology, they're on our organization chart, but
2  I don't deal with them.
3  Q.  Before I forget, let me just enter this into the
4  record as Exhibit 58.  Mr. Girolamo, this is a subpoena that
5  we provided to you, so I know you've seen this before, but
6  feel free to look at it, but I'm really just sort of entering
7  it to keep place in our testimony record.
8      Let's go back to the entities.  Are there any
9  entities you worked for more than others?  Did you spend
10 more time on one entity over another?
11 A.  Well Southridge Capital Management itself -- in
12 itself, I spend more time on that than any of the others,
13 that's where most of the payables and expenses are there.
14 Q.  I'm not an accountant so what do you have to do
15 to reconcile the books and what do physically have to do when
16 you are doing this work?
17 A.  Well as far as the entities go, all I really do
18 is I make the journal entries within each entity and I
19 reconcile each bank account.
20     That's for the most part.  Then -- people ask
21 for reports, I print them out and I give them to them.
22 Q.  How many bank accounts are there?
23 A.  For each entity or a specific entity?
24     In total?
25 Q.  In total.

**Page 23**

1  A.  In total I'd say 20 is a good number.
2  Q.  Why are there so many bank accounts?
3  A.  Because each bank account -- each entity has its
4  own bank account.
5  Q.  Where are those accounts located?
6  A.  Mainly at Chase, Citibank and Ridgefield.
7  Q.  Do you have authority over those accounts to
8  write checks on them or control them?
9  A.  I write the check but I don't sign them.
10 Q.  Who signs them?
11 A.  Steve.
12 Q.  Does anybody else sign the checks?
13 A.  No.
14 Q.  So is Mr. Hicks the only one, as far as you know,
15 that has authority to actually sign checks on those accounts?
16 A.  I think so.
17 Q.  Is there anything else you spend your days doing
18 besides the stuff we're talking about?  Special projects you
19 might work in this last year or so that have come up?
20 A.  You know, just reconciling the Quickbooks, if
21 someone needs a special project, I'll do it, nothing specific
22 or in general.  I have to isolate -- sometimes there are
23 times that I have isolate expenses, you know.
24 Q.  What does that mean?
25 A.  Well, we had a project last year where we had to

**Page 24**

1  just isolate the expenses, so I just isolated them, that's
2  all.
3  Q.  Someone just told you to go through the general
4  ledger and pull all the --
5  A.  Correct.
6      MR. PISTO:  Let me introduce, let's mark this as
7  Exhibit 59.
8      (Commission Exhibit No. 59 was marked for
9      identification.)
10 Q.  Mr. Girolamo, I'm handing you what the reporter
11 has marked as Exhibit 59, this is the general ledger for
12 Southridge Capital Management, the first page -- it's a multi-
13 page document, let me just state for the record.  For
14 Southridge Capital Management, the first one is of June, it
15 looks like 30th, 2008, or 2009, maybe.  Yes, I think it's
16 2009.  And then it goes on after a couple of pages to
17 Southridge Partners LLP, general ledger, May 31, 2009.
18     Is this something you work with?
19 A.  I produce it.
20 Q.  How do you produce it?
21 A.  In Quickbooks, I just run -- I basically run the
22 general ledger from a certain amount of time, in this case it
23 ran through June 30th of whatever that date is.
24 Q.  Okay.
25     So you're the person who produces this?