UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------- X
:
SECURITIES AND EXCHANGE COMMISSION, :
:
       Plaintiff, :
: Civil Action No.: 10-cv-1685 (RNC)
  v. :
:
SOUTHRIDGE CAPITAL MANAGEMENT LLC, :
SOUTHRIDGE ADVISORS LLC, AND STEPHEN : March 22, 2013
M. HICKS, :
:
       Defendants. :
:
------------------------------------------- X

## DECLARATION OF ANTHONY GILL

      I, Anthony Gill, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

      1.     The undersigned counsel, Anthony Gill, Associate at DLA Piper (US) LLP, 500 Eighth Street, NW, Washington, DC 20004, and counsel for Defendants Southridge Capital Management LLC, Southridge Advisors LLC, and Stephen M. Hicks ("Defendants"), makes this declaration in support of the Defendants' Opposition to the Securities and Exchange Commission's ("SEC") Second Motion to Compel.

      2.     On January 31, 2013, the SEC took the deposition of Thomas Saunders pursuant to Fed. R. Civ. P. 30(b)(6).  Attached hereto as Exhibit 1 is a true and correct copy of pages 9-14, 159-164, and 208-219 of that deposition.

      3.     Defendants previously produced examples of reports generated from Southridge's Access database listing an investor's holdings in a particular month to the SEC.  These reports are called Gross Asset Reports.  Attached hereto as Exhibit 2 is a true and correct copy of four

different Gross Asset Reports previously produced to the SEC with investor information redacted.

4.	Attached hereto as Exhibit 3 is a true and correct copy of the list of investors in Southridge Partners and Southshore Capital with investor names redacted.

5.	Defendants have produced over 68,000 pages of documents in this case including documents bates labeled SCM 000001 – SCM 30516 and SCM-SEC 000001 – SCM-SEC 38,100.

6.	Attached hereto as Exhibit 4 is a true and correct copy of a January 31, 2012 letter from Anthony Gill to Frank Huntington.

7.	The "report" referenced in Mr. Saunders's testimony is not a consolidated summary of all holdings for all investors in Southridge Partners LP and Southshore Capital Ltd. Defendants' counsel requested a selection of information regarding certain investor holdings to assess Defendants' obligations in responding to the SEC's January 24, 2013 Rule 30(b)(6) notice.

Dated:  March 22, 2013
	Washington, DC

/s/ Anthony Gill_____ _____
Anthony Gill
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4562
anthony.gill@dlapiper.com

WEST\240744753.1