**Gross Asset Report**

Investor: ███████████ (709)
Southridge Partners
December 2007

| Company Name | Portfolio Participation | % Held |
|---|---:|---:|
| ███████████████ | $16,603.49 | 8.78% |
| ████████ | $2,375.89 | 1.25% |
| █████████ | $8,956.62 | 4.73% |
| ████████████ | $11,077.63 | 5.85% |
| ████████ | $1,205.22 | 0.63% |
| ██████████████ | $9,587.09 | 5.07% |
| ██████████████ | $1,425.20 | 0.75% |
| ██████████ | $4,873.50 | 2.57% |
| ██████████████ | $20,538.29 | 10.86% |
| ████████████████████ | $33.23 | 0.01% |
| ██████████ | $82.58 | 0.04% |
| ██████ | $1,711.16 | 0.90% |
| ████████████ | $9,512.38 | 5.03% |
| ████████████ | $98,411.85 | 52.04% |
| ████████ | $1,541.65 | 0.81% |
| ████████████ | $1,146.08 | 0.60% |

## Gross Asset Report

**Investor:** ███████ (345)
Southridge Partners
December 2007

| Company Name | Portfolio Participation | % Held |
|---|---|---|
| ███████ | $730,682.39 | 21.64% |
| ███████ | $124,409.84 | 3.68% |
| ███████ | $167,081.63 | 4.94% |
| ███████ | $368,180.34 | 10.90% |
| ███████ | $42,377.69 | 1.25% |
| ███████ | $305,981.36 | 9.06% |
| ███████ | $26,649.06 | 0.78% |
| ███████ | $172,752.73 | 5.11% |
| ███████ | $838,067.95 | 24.82% |
| ███████ | $1,130.32 | 0.03% |
| ███████ | $2,848.23 | 0.08% |
| ███████ | $66,825.45 | 1.97% |
| ███████ | $177,530.35 | 5.25% |
| ███████ | $252,228.80 | 7.47% |
| ███████ | $78,848.16 | 2.33% |
| ███████ | $20,199.70 | 0.59% |

SCM028637

# Gross Asset Report

**Investor:** ███████████████ (749)
Southridge Partners
December 2007

| Company Name | Portfolio Participation | % Held |
|---|---:|---:|
| ███ | $1,659,802.27 | 21.89% |
| ███ | $274,378.41 | 3.62% |
| ███ | $581,854.43 | 7.67% |
| ███ | $829,486.71 | 10.94% |
| ███ | $71,798.70 | 0.94% |
| ███ | $508,342.74 | 6.70% |
| ███ | $91,484.54 | 1.20% |
| ███ | $368,975.24 | 4.86% |
| ███ | $1,646,755.95 | 21.72% |
| ███ | $6,103.33 | 0.08% |
| ███ | $112,681.95 | 1.48% |
| ███ | $352,695.53 | 4.65% |
| ███ | $865,946.80 | 11.42% |
| ███ | $133,375.59 | 1.75% |
| ███ | $75,600.50 | 0.99% |

Wednesday, July 22, 2009

Page 1 of 1

## Gross Asset Report

**Investor:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (748)
Southridge Partners
December 2007

| Company Name | Portfolio Participation | % Held |
|---|---:|---:|
| ▮▮▮ | $503,083.05 | 21.99% |
| ▮▮▮ | $82,579.91 | 3.61% |
| ▮▮▮ | $175,549.70 | 7.67% |
| ▮▮▮ | $249,673.73 | 10.91% |
| ▮▮▮ | $21,646.16 | 0.94% |
| ▮▮▮ | $153,259.72 | 6.70% |
| ▮▮▮ | $27,553.95 | 1.20% |
| ▮▮▮ | $111,064.49 | 4.85% |
| ▮▮▮ | $496,614.85 | 21.71% |
| ▮▮▮ | $1,834.55 | 0.08% |
| ▮▮▮ | $33,914.62 | 1.48% |
| ▮▮▮ | $106,324.88 | 4.64% |
| ▮▮▮ | $260,752.66 | 11.40% |
| ▮▮▮ | $40,227.36 | 1.75% |
| ▮▮▮ | $22,737.45 | 0.99% |

SCM028651