

SCM000085



SCM000085



SCM000087