

DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
www.dlapiper.com

Anthony D. Gill
anthony.gill@dlapiper.com
T 202.799.4562
F 202.799.5562

January 31, 2012
*VIA E-MAIL (HUNTINGTONF@SEC.GOV) AND OVERNIGHT MAIL*

Frank Huntington, Esq.
Senior Trial Counsel
Securities and Enforcement Commission
33 Arch Street, 23rd Floor
Boston, MA 02110

Re: *SEC v. Southridge Capital Management LLC, et al.* (Index No. 10-cv-1685)

Dear Mr. Huntington:

Enclosed is the final component of defendant's production of documents and privilege log in response to the plaintiff's First Request for Production of Documents dated September 21, 2011. The enclosed CD contains an Access database file with supporting backup SQL data.

If you have any questions or issues accessing the data, please do not hesitate to contact me.

Sincerely,

Anthony Gill /c.t.

Anthony D. Gill

Enclosure