UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                    )
SECURITIES AND EXCHANGE COMMISSION, )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   Case No. 3:10-cv-1685-RNC
                                    )
SOUTHRIDGE CAPITAL MANAGEMENT LLC,  )
SOUTHRIDGE ADVISORS LLC, and        )
STEPHEN M. HICKS,                   )
                                    )
    Defendants.                     )
_____ )

**AMENDED EXHIBITS #5, #9, #10, #13, #14, and #15
TO PLAINTIFF'S APPENDIX OF EXHIBITS FILED IN SUPPORT OF
<u>MOTION FOR SUMMARY JUDGMENT</u>**

        Respectfully Submitted,

        <u>/s/ Marc Jones</u>
        Marc Jones (phv05721)
            Senior Enforcement Counsel
        Michael D. Foster (phv04800)
            Senior Trial Counsel
        Frank C. Huntington (Fed. Bar No. CT-01850)
            Senior Trial Counsel

        Attorneys for Plaintiff
        **SECURITIES AND EXCHANGE COMMISSION**
        33 Arch Street, 23rd Floor
        Boston, MA 02110
        (617) 573-8947 (Jones direct)
        jonesmarc@sec.gov

        Local Counsel:
        John B. Hughes (Fed. Bar No. CT-05289)
         Assistant United States Attorney
        Chief, Civil Division
        United States Attorney's Office

Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the Court's CM/ECF System.

/s/ Marc J. Jones
Marc J. Jones (phv05721)
Senior Enforcement Counsel
**SECURITIES AND EXCHANGE COMMISSION**
33 Arch Street, 23rd Floor
Boston, MA 02110
(617) 573-8947
(617) 573-4590 (fax)
jonesmarc@sec.gov