UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------------------------------ x

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | Civil Action No.: 10-cv-1685 (RNC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SOUTHRIDGE CAPITAL MANAGEMENT LLC, SOUTHRIDGE ADVISORS LLC AND STEPHEN M. HICKS, | : | April 4, 2013 |
| | : | |
| Defendants. | : | |

------------------------------------------------ x

### DEFENDANTS' MOTION FOR EXTENSION OF TIME UNTIL APRIL 22, 2013 TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 16 and Local Rule 7(b), Defendants Southridge Capital Management LLC, Southridge Advisors LLC, and Stephen M. Hicks, hereby respectfully move this Court for a two week extension of time (until April 22, 2013), to file its opposition to the SEC's motion for summary judgment. The Court's last modification of the scheduling order, requested by the parties to permit further settlement negotiations, was dated March 4, 2013 and set the deadline for dispositive motions as March 18, 2013. (Docket Entry No. 73.) The SEC filed a motion for partial summary judgment on that date. (Docket Entry No. 74.) Therefore, under Local Rule 7(a), Defendants' memorandum in opposition to Plaintiff's motion for summary judgment is currently due on April 8, 2013.

The requested extension is required because Thomas Saunders, the CFO of Southridge Capital and Southridge Advisors and a designated 30(b)(6) witness in this case, is currently unavailable. Mr. Saunders has been out of the country on a pre-scheduled vacation and will not return until April 8, 2013, the day the Defendants' Opposition is currently due. In addition to assisting Defendants in drafting their opposition to Plaintiffs' motion, Defendants anticipate

submitting a declaration from Mr. Saunders in support of their opposition. As a result, Defendants request a brief extension to have adequate time to work with Mr. Saunders after his return from vacation.

Pursuant to Local Rule 7(b)(3), on April 4, 2013, Anthony Gill, counsel for Defendants, spoke to Marc Jones of the SEC to seek consent for a two week extension to file Defendants' opposition to the motion for summary judgment. The SEC did not consent to the extension. Although the parties have requested modification of other deadlines in this matter,[1] this is the Defendants' first request for an extension of time to file an opposition to the motion for summary judgment.

THEREFORE, Defendants respectfully request that the deadline for Defendants to oppose the SEC's motion for summary judgment be extended to April 22, 2013.

Dated: April 4, 2013

                                                  /s/ Anthony Gill

| | |
|---|---|
| John R. Downey (Bar No. ct13028) | Anthony D. Gill (phv04483) |
| Rome McGuigan, P.C. | DLA Piper LLP (US) |
| One State Street | 500 Eighth Street, NW |
| Hartford, CT  06103 | Washington, DC  20004 |
| T: 860.549.1000 | T: 202.799.5000 |
| F: 860.724.3921 | F: 202.799.4000 |
| jdowney@rms-law.com | anthony.gill@dlapiper.com |

                                                Nicolas Morgan (phv05106)
                                                Patrick Hunnius (phv05693)
                                                Stephanie Smith (phv05624)
                                                DLA Piper LLP (US)
                                                2000 Avenue of the Stars, Suite 400 North Tower
                                                Los Angeles, California 90067
                                                (310) 595-3146
                                                nicolas.morgan@dlapiper.com
                                                patrick.hunnius@dlapiper.com
                                                stephanie.smith@dlapiper.com

---

[1] The parties have filed five motions to modify the scheduling order in this case (*see* Docket Entry Nos. 11, 13, 17, 35, and 55) and requested from the Honorable Magistrate Judge Donna Martinez extensions to file dispositive motions during settlement discussions that the Court granted (*see* Docket Entry Nos. 69 and 73).

## CERTIFICATION OF SERVICE

      I hereby certify that on April 4, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                         By:    /s/ Anthony D. Gill\_\_\_\_\_
                                                    Anthony D. Gill (phv04483)
                                                    DLA Piper LLP (US)
                                                    500 Eighth Street, NW
                                                    Washington, DC  20004
                                                    T: 202.799.5000
                                                    F: 202.799.4000
                                                    anthony.gill@dlapiper.com

                                                  *Attorneys for Defendants*