UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------ x
SECURITIES AND EXCHANGE COMMISSION,  :
: Civil Action No.: 10-cv-1685 (RNC)
:
Plaintiff,  :
:
v.  :
:
:
SOUTHRIDGE CAPITAL MANAGEMENT LLC,  :
SOUTHRIDGE ADVISORS LLC AND STEPHEN  :
M. HICKS,  : November 19, 2013
:
Defendants.  :
:
------------------------------------------------ x

## MOTION FOR CONTINUANCE WITH CONSENT

Pursuant to Local Rule 7(b), the defendants Southridge Capital Management LLC, Southridge Advisors LLC, and Stephen M. Hicks, hereby respectfully move this Court for an adjournment of oral argument on the plaintiff Securities and Exchange Commission's ("SEC") motion for partial summary judgment (Docket Entry No. 74) and the defendants' cross motion for summary judgment (Docket Entry No. 88) currently scheduled for December 6, 2013 by Order dated November 8, 2013 (Docket Entry No. 94).  The defendants respectfully request oral argument be adjourned to the next convenient date after December 18, 2013.

The requested adjournment is required because the defendants' lead counsel will be in trial in the United States Federal Court for the Central District of California from December 3 through 13, 2013.

Pursuant to Local Rule 7(b)(3), counsel for the defendants spoke to Marc Jones, counsel for the SEC, who does not oppose this request for adjournment and indicated the SEC is not available for oral argument from December 16 through 18.  This is the parties' first request for adjournment regarding the Order for oral argument (Docket Entry No. 94).

THEREFORE, the defendants respectfully request that oral argument for the SEC's motion for partial summary judgment and the defendants' cross motion for summary judgment be adjourned to the next convenient date after December 18, 2013.

Dated: November 19, 2013

   /s/ Anthony Gill

| | |
|---|---|
| John R. Downey (Bar No. ct13028) | Anthony D. Gill (phv04483) |
| ROME MCGUIGAN, P.C. | DLA PIPER LLP (US) |
| One State Street | 500 Eighth Street, NW |
| Hartford, CT  06103 | Washington, DC  20004 |
| T: 860.549.1000 | T: 202.799.5000 |
| F: 860.724.3921 | F: 202.799.4000 |
| jdowney@rms-law.com | anthony.gill@dlapiper.com |

Nicolas Morgan (phv05106)
Patrick Hunnius (phv05693)
DLA PIPER LLP (US)
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA  90067
T: 310.595.3000
F: 310.595.3300
nicolas.morgan@dlapiper.com
patrick.hunnius@dlapiper.com

3

## CERTIFICATION OF SERVICE

      I hereby certify that on November 19, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                          By:     /s/ Anthony Gill
                                                    Anthony D. Gill (phv04483)
                                                    DLA PIPER LLP (US)
                                                    500 Eighth Street, NW
                                                    Washington, DC  20004
                                                    T: 202.799.5000
                                                    F: 202.799.4000
                                                    anthony.gill@dlapiper.com

                                                    *Attorneys for Defendants*