UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------- x
SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

SOUTHRIDGE CAPITAL MANAGEMENT LLC,
SOUTHRIDGE ADVISORS LLC AND STEPHEN
M. HICKS,

    Defendants.
------------------------------------------- x

Civil Action No.: 10-cv-1685 (RNC)

November 27, 2013

## MOTION FOR RECONSIDERATION OF REQUEST FOR CONTINUANCE

On November 8, 2013, the Court set the parties' cross-motions for partial summary judgment for oral argument on December 6. (Order, Docket Entry No. 94; SEC Motion, Docket Entry No. 74; Defendants' Motion, Docket Entry No. 88.) On November 19, the defendants, Southridge Capital Management LLC, Southridge Advisors LLC, and Stephen M. Hicks, moved this Court for an adjournment of oral argument to the next convenient date after December 18 (the "Motion," Docket Entry No. 95). The plaintiff Securities and Exchange Commission did not oppose Defendants' motion. On November 21, the Court denied the Motion, indicating that the parties could conduct oral argument by telephone. (Docket Entry No. 96.)

In light of events subsequent to the Court's denial of the Motion described below, the Defendants respectfully request the Court's reconsideration of their request to adjourn oral argument to the next convenient date after December 18.

First, Defendants' lead counsel, Nicolas Morgan, as well as senior counsel, Patrick Hunnius, have had final confirmation that they will be in trial in the United States Federal Court

for the Central District of California on December 6 in front of the Hon. Judge Kronstadt in *Fred Kayne, et al. v. Christopher Ho, et al.* (C.D. Cal. Case No. 2:09-cv-06816-JAK-CW).

Second, Defendants' second chair counsel, Anthony Gill, learned on November 26 that a trial in which he is participating in New York State Supreme Court in the County of New York will not conclude as expected this week. Rather, Mr. Gill's New York trial will also continue through the week of December 3, making his ability to participate in oral argument on December 6 problematic if not impossible.

Third, counsel for the plaintiff SEC has declined to conduct the oral argument by telephone, insisting instead on appearing in-person. While not clear whether the Court's suggestion of conducting oral argument telephonically was intended to include all counsel, the Defendants would be prejudiced if the SEC's counsel were permitted to make their argument in person while the Defendants are relegated to telephonic argument.

THEREFORE, the Defendants respectfully request that, based on this new information, the Court reconsider its denial of the Motion and adjourn oral argument for the SEC's motion for partial summary judgment and the Defendants' cross motion for summary judgment to the next convenient date after December 18, 2013.

Dated: November 27, 2013

John R. Downey (Bar No. ct13028)
ROME MCGUIGAN, P.C.
One State Street
Hartford, CT 06103
T: 860.549.1000
F: 860.724.3921
jdowney@rms-law.com

/s/ Anthony Gill
Anthony D. Gill (phv04483)
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
T: 202.799.5000
F: 202.799.4000
anthony.gill@dlapiper.com

Nicolas Morgan (phv05106)
Patrick Hunnius (phv05693)
DLA PIPER LLP (US)

2

2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067
T: 310.595.3000
F: 310.595.3300
nicolas.morgan@dlapiper.com
patrick.hunnius@dlapiper.com

## CERTIFICATION OF SERVICE

I hereby certify that on November 27, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By:     /s/ Anthony Gill
Anthony D. Gill (phv04483)
DLA PIPER LLP (US)
500 Eighth Street, NW
Washington, DC 20004
T: 202.799.5000
F: 202.799.4000
anthony.gill@dlapiper.com

*Attorneys for Defendants*