UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:10-cv-1685-RNC ) |
| SOUTHRIDGE CAPITAL MANAGEMENT LLC, SOUTHRIDGE ADVISORS LLC and STEPHEN M. HICKS, | ) ) ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR RECONSIDERATION OF REQUEST FOR CONTINUANCE**

Defendants' Motion for Reconsideration of Request for Continuance gives the erroneous impression that the Commission refused to assent to the Defendants' appearing telephonically for the Summary Judgment hearing. To the contrary, in response to Defendants' request on November 25, the Commission assented to the Defendants' telephonic appearance. (See correspondence attached). The Commission notified the Defendants it would appear in person, consistent with this Court's November 21st Order (Docket No. 96) stating the parties "may notify the Court if they wish to conduct the oral argument via telephone."

Respectfully Submitted,

/s/ Marc Jones
Marc Jones (phv05721)
  Senior Enforcement Counsel
Michael D. Foster (phv04800)
  Senior Trial Counsel

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
33 Arch Street, 23rd Floor
Boston, MA 02110

(617) 573-8947 (Jones direct)  
(617) 573-4590 (fax)  
jonesmarc@sec.gov  

Local Counsel:  
John B. Hughes (Fed. Bar No. CT-05289)  
  Assistant United States Attorney  
Chief, Civil Division  
United States Attorney's Office  
Connecticut Financial Center  
157 Church Street, 23rd Floor  
New Haven, CT 06510  
(203) 821-3700  
(203) 773-5373 (fax)

Dated: November 27, 2013

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the Court's CM/ECF System.

/s/ Marc J. Jones  
Marc J. Jones (phv05721)  
Senior Enforcement Counsel  
**SECURITIES AND EXCHANGE COMMISSION**  
33 Arch Street, 23rd Floor  
Boston, MA 02110  
(617) 573-8947  
(617) 573-4590 (fax)  
jonesmarc@sec.gov

# Jones, Marc

| | |
|---|---|
| **From:** | Jones, Marc |
| **Sent:** | Monday, November 25, 2013 11:35 PM |
| **To:** | 'Gill, Anthony D.' |
| **Cc:** | Morgan, Nicolas; Foster, Michael (CHRO) |
| **Subject:** | RE: Southridge Argument |

Anthony,

We will consent to the Defendants appearing telephonically.  We will be attending in person.

Best,
Marc

**Marc J. Jones**
Senior Enforcement Counsel
U.S. Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor, Boston, MA 02110
tel: (617) 573-8947 | email: mailto:jonesmarc@sec.gov

---

**From:** Gill, Anthony D. [mailto:Anthony.Gill@dlapiper.com]
**Sent:** Monday, November 25, 2013 5:49 PM
**To:** Jones, Marc
**Cc:** Morgan, Nicolas; Foster, Michael (CHRO)
**Subject:** Southridge Argument

Marc,
Given the Court's order, we propose that the parties appear telephonically for oral argument on the motions.  Please let me know if the SEC will consent to the telephonic appearance.
Best,
Anthony

**Anthony Gill**

**T** +1 202.799.4562
**F** +1 202.799.5562
**M** +1 646.388.1605
**E** anthony.gill@dlapiper.com



DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
United States
www.dlapiper.com