UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CIVIL ACTION NO.: 10 CV 1685 (RNC) |
| Plaintiff, | |
| v. | |
| SOUTHRIDGE CAPITAL MANAGEMENT LLC, SOUTHRIDGE ADVISORS, LLC AND STEPHEN M. HICKS | APPEARANCE |
| Defendants. | |

Please enter my appearance in this case for Defendants, Southridge Capital Management, LLC, Southridge Advisors, LLC and Stephen M. Hicks.

*[signature]*

William W. Kaliff, Esq. ct03565
wkaliff@rms-law.com
Rome McGuigan, P.C.
One State Street, 13th Floor
Hartford, CT 06103
(860) 549-1000
(860) 724-3921
Its Attorneys

Rome McGuigan, P.C. • Attorneys at Law
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2013, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

_____
William W. Kaliff, ct03565

*Rome McGuigan, P.C.* • *Attorneys at Law*
One State Street • Hartford, Connecticut 06103-3101 • (860) 549-1000 • Fax (860) 724-3921 • Juris No. 27726