UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                    )
SECURITIES AND EXCHANGE COMMISSION, )
                                    )
            Plaintiff,              )
                                    )
      v.                            )   Case No. 3:10-cv-1685-RNC
                                    )
SOUTHRIDGE CAPITAL MANAGEMENT LLC,  )
SOUTHRIDGE ADVISORS LLC and         )
STEPHEN M. HICKS,                   )
                                    )
            Defendants.             )
_____ )

## SUBMITTAL OF PROPOSED PARTIAL FINAL JUDGMENT

Per the Court's instructions during the January 19, 2017, hearing, the Commission respectfully submits the attached proposed Partial Final Judgment.

**Penalty Amounts**

Consistent with the Court's instructions, the Commission has left a blank space for the entry of penalty amounts against each defendant.

During the Commission's presentation during the January 19 hearing, counsel for the Commission may have said that the Court could enter a joint and several penalty against the Defendants if it chose to. The Second Circuit, however, has held that under the Commission's civil penalty statutes, penalties may not be joint and several. *See SEC v. Pentagon Capital Mgmt., PLC*¸ 725 F.3d 279, 287 (2d Cir. 2013).

**Prejudgment Interest**

During the hearing, the Commission's counsel mistakenly advised the Court that prejudgment interest on the disgorgement amount of $5,843,017, calculated from August 2008 to

present, was $1,988,018.21.  As reflected in the accompanying declaration, the amount of prejudgment interest for this time period is actually $2,021,047.04.  The calculation described during the telephonic conference inadvertently excluded the month of August, 2008.

**Conclusion**

The Commission respectfully requests that the Court enter Partial Final Judgment in the form submitted.

Respectfully Submitted,

/s/ Marc Jones
Marc Jones (phv05721)
    Senior Enforcement Counsel
Michael D. Foster (phv04800)
    Senior Trial Counsel

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
33 Arch Street, 23rd Floor
Boston, MA 02110
(617) 573-8947 (Jones direct)
(617) 573-4590 (fax)
jonesmarc@sec.gov

Local Counsel:
John B. Hughes (Fed. Bar No. CT-05289)
 Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT 06510
(203) 821-3700
(203) 773-5373 (fax)

Dated: January 20, 2017

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent

by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the Court's CM/ECF System.

/s/ Marc J. Jones
Marc J. Jones (phv05721)
Senior Enforcement Counsel
**SECURITIES AND EXCHANGE COMMISSION**
33 Arch Street, 23rd Floor
Boston, MA 02110
(617) 573-8947
(617) 573-4590 (fax)
jonesmarc@sec.gov